FILED by    FB   D.C.

Oct 16, 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **15-20808-CR-WILLIAMS/SIMONTON**

18 U.S.C. § 2252(a)(2) & (b)(1)
18 U.S.C. § 2252(a)(4)(B) & (b)(2)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

vs.

JORGE LUIS CASILLAS,

     Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about September 7, 2015, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JORGE LUIS CASILLAS,**

did knowingly receive any visual depiction, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

## COUNT 2

On or about September 24, 2015, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JORGE LUIS CASILLAS,**

did knowingly possess matter, that is, one (1) Gateway laptop computer, serial number 1SA60000090, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction involved a prepubescent minor and a minor who had not attained twelve years of age.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **JORGE LUIS CASILLAS**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2252, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253, the following property:

(a)     Any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Title 18 of the United States Code, or any book, magazine periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 110 of Title 18 of the United States Code;

(b)     Any property, real or personal, constituting, or traceable to gross profits or other proceeds obtained from such violation; and

(c)     Any property, real or personal, used or intended to be used to commit or to promote the commission of such violation or any property traceable to such property.

3.     The property which is subject to forfeiture includes, but is not limited to, one (1) Gateway laptop computer (Serial Number: 1SA60000090).

All pursuant to Title 18, United States Code, Section 2253, and the procedures set forth in Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 2253(b).

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

JONATHAN K. OSBORNE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JORGE LUIS CASILLAS,

 Defendant.
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

_X_ Miami   ___ Key West
___ FTL   ___ WPB   ___ FTP

New Defendant(s)   Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   No
   List language and/or dialect

4. This case will take   2-3   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   I  0 to 5 days   x
   II  6 to 10 days   ___
   III  11 to 20 days   ___
   IV  21 to 60 days   ___
   V  61 days and over   ___

   (Check only one)

   Petty   ___
   Minor   ___
   Misdem.   ___
   Felony   x

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)   Yes
   If yes:
   Magistrate Case No.   1:15-mj-03254-AOR-1
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   n/a
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ___ No _x_

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   Yes ___ No _x_

          JONATHAN K. OSBORNE
          ASSISTANT UNITED STATES ATTORNEY
          Florida Bar No. 0095693

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JORGE LUIS CASILLAS

**Case No:** _____

Count #: 1

Receipt of Child Pornography

Title 18, United States Code, Sections 2252(a)(2) and (b)(1)

**\*Max. Penalty:**   20 Years' Imprisonment

Count #: 2

Possession of Child Pornography

Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2)

**\*Max. Penalty:**   20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**